# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                          CASE NO.  3:08cr52/MCR
                                                                            3:06mj71/EMT

MISTY A. RUSSO

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 14, 2009
Motion/Pleadings:  GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COUNTS TWO AND FOUR OF THE INFORMATION
Filed by  Government         on  4/13/2009       Doc.#      19
RESPONSES:

                                           on                     Doc.#
                                           on                     Doc.#

_____  Stipulated     _____  Joint Pldg.
  X    Unopposed      _____  Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                s/ *Susan Simms*
LC (1 OR 2)                              Deputy Clerk: Susan Simms

## *ORDER*

    *Upon consideration of the foregoing, it is ORDERED this 13th day of April, 2009, that:*

    *The relief requested is GRANTED.  Counts II and IV are DISMISSED.*

                                                     s/ *M. Casey Rodgers*
                                                         *M. CASEY RODGERS*
                                                   *United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.